UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN E. POPE, et al.,

           Plaintiffs,

  v.

SPOKANE SCHOOL DISTRICT NO. 81, et al.,

           Defendants.

Case No. C21-1079-JCC-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs' unopposed request for an extension to file the Joint Status Report and Discovery Plan, Dkt. 58, is GRANTED.  The deadline is herein re-set to **December 10, 2021**.

Dated this 3rd day of December, 2021.

                                           Ravi Subramanian
                                           Clerk of Court

                                         By: Kadya Peter
                                             Deputy Clerk

MINUTE ORDER - 1