THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN E. POPE, *et al.*, | CASE NO. C21-1079-JCC-SKV |
| Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| SPOKANE SCHOOL DISTRICT NO. 81, *et al.*, | |
| Defendants. | |

The Court, having reviewed the report and recommendation, (Dkt. No. 56), of United States Magistrate Judge S. Kate Vaughan, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court adopts the report and recommendation (Dkt. No. 56);

(2) Plaintiff's motion to remand (Dkt. No. 32) is DENIED;

(3) Defendant Spokane School District No. 81 is DIRECTED to promptly file in this Court verified copies of additional state court records and proceedings; and

(4) The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Vaughan.

//

//

1    DATED this 16th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE