UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN E. POPE, et al.,

        Plaintiffs,

  v.

SPOKANE SCHOOL DISTRICT NO. 81, et al.,

        Defendants.

Case No. C21-1079-JCC-SKV

ORDER GRANTING DEFENDANT BELLEVUE SCHOOL DISTRICT'S MOTION TO FILE UNDER SEAL

    Defendant Bellevue School District's Unopposed Motion to File Under Seal, Dkt. 74, is GRANTED. Bellevue School District's pending Motion for Summary Judgment and accompanying declarations and exhibits, Dkt. 76, shall remain filed under seal.

    Dated this 8th day of August, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING DEFENDANT BELLEVUE
SCHOOL DISTRICT'S MOTION TO FILE UNDER
SEAL - 1