UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN E. POPE, et al.,

          Plaintiffs,

  v.

SPOKANE SCHOOL DISTRICT NO. 81, et al.,

          Defendants.

Case No. C21-1079-JCC-SKV

ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

Plaintiffs' unopposed Motion to File Motion for Summary Judgment Response Under Seal, Dkt. 83, is GRANTED. The materials submitted by Plaintiffs in response to the pending dispositive motion shall remain filed under seal.

Dated this 24th day of August, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' MOTION TO
FILE UNDER SEAL - 1