UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN E. POPE, et al.,

          Plaintiffs,

   v.

SPOKANE SCHOOL DISTRICT NO. 81, et al.,

          Defendants.

Case No. C21-1079-JCC-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

As requested by the parties, Dkts. 76 & 87, the Court herein schedules oral argument to occur on **September 28, 2022** at **11:00 a.m.** in Courtroom 12A.  The parties shall come to the hearing prepared to present argument on the issue of exhaustion of administrative remedies.  *See* Dkt. 95 (deferring consideration of arguments on merits pending determination on exhaustion).

Dated this 8th day of September, 2022.

          Ravi Subramanian
          Clerk of Court

          By: Stefanie Prather
          Deputy Clerk

MINUTE ORDER - 1