Honorable John C. Coughenhour
Honorable S. Kate Vaughan

UNITED SATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KATHLEEN E. POPE and RICHARD L. POPE, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKANE SCHOOL DISTRICT NO. 81, MICHAEL HENRY, SPRING SHOUPE, DEB INGLEHART, KELSEY WHITE, ARNOLD BROWN, MEAD SCHOOL DISTRICT NO. 354, BELLEVUE SCHOOL DISTRICT NO. 405, DEPARTMENT OF SOCIAL AND HEALTH SERVICE, DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES, XCEL SUPPORTED LIVING, INC., and EXCEL SUPPORTED LIVING, INC.,<br><br>Defendants. | Case No. C21-1079-JCC-SKV<br><br>CIVIL<br><br>STIPULATED MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE AND LITIGATION DEADLINES<br><br>Note on Motion Calendar:<br><br>Friday, November 4, 2022 |

### I.   STIPULATION

The parties hereby stipulate and move this Court to continue the litigation deadlines set forth in the Order Setting Trial Date and Related Dates filed on December 17, 2021 [ECF No. 66]. This stipulated motion is based on the fact that there are numerous parties to this action,

STIPULATED MOTION AND ORDER FOR
CONTINUANCE OF TRIAL DATE AND LITIGATION
DEADLINES
PAGE 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

voluminous documents that have been and continue to be produced, likely numerous experts that will need to be retained, and no depositions have yet been taken given the extensive document production and some pre-trial motion practice. In light of this, meeting the current scheduling deadlines would be extremely difficult. Counsel have consulted their clients, and their clients approve this motion for continuance. The Parties have not previously petitioned the Court for a continuance in this matter.

Based on the foregoing, counsel move the Court to extend the current deadlines set forth in the Order Setting Trial Date and Related Dates filed on December 17, 2021, to the following dates:

| | |
|---|---|
| JURY TRIAL SET FOR 9:30 a.m. in Courtroom 16206 | 6/3/2024 |
| Length of trial | TBD |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 9/25/2023 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 11/6/2023 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d) or LCR 37(a)(2)) | 12/4/2023 |
| Discovery to be completed by | 1/8/2024 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 2/5/2024 |
| Settlement Conference per LCR 39.1(c)(2) held no later than | 3/4/2024 |
| Mediation per LCR 39.1(c) held no later than | 4/8/2024 |
| All motions in limine must be filed by this date and noted for consideration no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (see LCR 7(d)(4)) | 5/6/2024 |

STIPULATED MOTION AND ORDER FOR
CONTINUANCE OF TRIAL DATE AND LITIGATION
DEADLINES
PAGE 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

| Agreed LCR 16.1 Pretrial Order due | 5/22/2024 |
|---|---|
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date; Counsel are to confer and indicate with their submissions which exhibits are agreed to | 5/28/2024 |
| Pretrial conference | To be set as needed |

DATED this 4th day of November, 2022.

/s/ Richard L. Pope, Jr.
Richard L. Pope, Jr., WSBA #21118
Lake Hills Legal Services, P.C.
Attorney for Plaintiffs

/s/ Michael E. Farland, Jr. (per e-mail)
Michael E. McFarland, Jr., WSBA #23000
Evans, Craven & Lackie, P.S.
Attorney for Bellevue School District

/s/ Kammi Mencke Smith (per e-mail)
Kammi Mencke Smith, WSBA #34911
Winston & Cashatt, Lawyers
Attorney for Spokane Public Schools, Shoupe, Inglehart, White & Brown

/s/ Seth E. Dickey (per e-mail)
Seth E. Dickey, WSBA #47472
Office of the Attorney General
Attorney for Department of Social and Health Services and Department of Children, Youth, and Families

/s/ Shannon M. Ragonesi (per e-mail)
Shannon M. Ragonesi, WSBA #31951
Keating Bucklin & McCormack
Attorney for Michael Henry

/s/ Steven J. Dixson (per e-mail)
Steven J. Dixson, WSBA #38101
Witherspoon Kelley
Attorney for Excel Supported Living, Inc.

## II.    ORDER

The Court having reviewed the Stipulated Motion for Continuance of Trial Date and Litigation Deadlines, Dkt. 106, and good cause showing, NOW THEREFORE,

STIPULATED MOTION AND ORDER FOR
CONTINUANCE OF TRIAL DATE AND LITIGATION
DEADLINES
PAGE 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

IT IS HEREBY ORDERED, ADJUGED AND DECREED:

1. The Parties' Stipulated Motion for Continuance of Trial Date and Litigation Deadlines is GRANTED.

DATED this 7th day of November, 2022.

_____
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Richard L. Pope, Jr.
Richard L. Pope, Jr., WSBA #21118
Lake Hills Legal Services, P.C.
Attorney for Plaintiffs

/s/ Michael E. Farland, Jr. (per e-mail)
Michael E. McFarland, Jr., WSBA #23000
Evans, Craven & Lackie, P.S.
Attorney for Bellevue School District

/s/ Kammi Mencke Smith (per e-mail)
Kammi Mencke Smith, WSBA #34911
Winston & Cashatt, Lawyers
Attorney for Spokane Public Schools,
Shoupe, Inglehart, White & Brown

/s/ Seth E. Dickey (per e-mail)
Seth E. Dickey, WSBA #47472
Office of the Attorney General
Attorney for Department of Social and Health Services and Department of Children, Youth, and Families

/s/ Shannon M. Ragonesi (per e-mail)
Shannon M. Ragonesi, WSBA #31951
Keating Bucklin & McCormack
Attorney for Michael Henry

/s/ Steven J. Dixson (per e-mail)
Steven J. Dixson, WSBA #38101
Witherspoon Kelley
Attorney for Excel Supported Living, Inc.

STIPULATED MOTION AND ORDER FOR
CONTINUANCE OF TRIAL DATE AND LITIGATION
DEADLINES
PAGE 4

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d'Alene, Idaho 83814
Phone: (208) 667-2103