Honorable John C. Coughenour<br>
Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KATHLEEN E. POPE and RICHARD L. POPE, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOKANE SCHOOL DISTRICT NO. 81, MICHAEL HENRY, SPRING SHOUPE, DEB INGLEHART, KELSEY WHITE, ARNOLD BROWN, MEAD SCHOOL DISTRICT NO. 354, BELLEVUE SCHOOL DISTRICT NO. 405, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES, XCEL SUPPORTED LIVING, INC., and EXCEL SUPPORTED LIVING, INC.<br><br>Defendants. | NO. 2:21-cv-01079-JCC-SKV<br><br>ORDER ALLOWING JOINT OVERLENGTH MOTION OBJECTING TO REPORT AND RECOMMENDATION<br><br>Note on Motion Calendar:<br><br>Wednesday, November 9, 2022 |

This matter came before the Court on the motion of Plaintiffs Kathleen E. Pope and Richard L. Pope, Jr. to allow the filing of a <u>joint</u> overlength motion objecting to the Report and Recommendation (dkt # 101) entered on November 1, 2022, pursuant to LCR 7(f).

The Court considered the motion, and any responsive and reply materials (if allowed by the Court), and is fully advised. NOW THEREFORE

ORDER ALLOWING JOINT OVERLENGTH MOTION
OBJECTING TO REPORT AND RECOMMENDATION -- 1

**Lake Hills Legal Services, P.C.**
**15600 N.E. 8th Street, # B1-358**
**Bellevue, Washington  98008**
**Telephone: (425) 829-5305**
**E-mail: rp98007@gmail.com**

IT IS HEREBY ORDERED that Plaintiffs' motion to allow filing of a <u>joint</u> overlength motion is GRANTED. Plaintiffs may file a <u>joint</u> motion and objection to the Report and Recommendation not to exceed 24 pages in length. Defendant Bellevue School District may file a response to Plaintiffs' motion and objection not to exceed the number of pages filed by Plaintiffs. Plaintiffs may file a reply not to exceed half of the number of pages in the response.

DATED this 10th day of November 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ *Richard L. Pope, Jr.*
RICHARD L. POPE, JR.
WSBA # 21118
Attorney for Plaintiffs

Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B-358
Bellevue, Washington  98008
Tel:  (425) 829-5305
Fax:  (425) 526-5714
E-Mail:  rp98007@gmail.com

ORDER ALLOWING JOINT OVERLENGTH MOTION
OBJECTING TO REPORT AND RECOMMENDATION -- 2

Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, # B1-358
Bellevue, Washington  98008
Telephone:  (425) 829-5305
E-mail:  rp98007@gmail.com