|   |   |
|---|---|
|   | Honorable John C. Coughenour |
|   | Honorable S. Kate Vaughan |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KATHLEEN E. POPE and RICHARD L. POPE, JR., <br><br> Plaintiffs, <br><br> v. <br><br> SPOKANE SCHOOL DISTRICT NO. 81, MICHAEL HENRY, SPRING SHOUPE, DEB INGLEHART, KELSEY WHITE, ARNOLD BROWN, MEAD SCHOOL DISTRICT NO. 354, BELLEVUE SCHOOL DISTRICT NO. 405, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES, XCEL SUPPORTED LIVING, INC., and EXCEL SUPPORTED LIVING, INC. <br><br> Defendants. | NO. C21-1079-JCC-SKV <br><br><br><br><br><br> ORDER STRIKING TRIAL DATE AND RELATED DEADLINES <br><br><br><br><br> Note on Motion Calendar: <br><br> Friday, September 22, 2023 |

This matter came before the Court on the unopposed motion of Plaintiffs Kathleen E. Pope and Richard L. Pope, Jr. to strike the trial date and related case deadlines that are set forth in the Order granting the Parties' Stipulated Motion and Order for Continuance of Trial Date and Other Litigation Deadlines (Dkt. 108) entered on November 7, 2022. Dkt. 164. The Court considered the unopposed motion and the remainder of the record, and is fully advised.

ORDER STRIKING TRIAL DATE AND
RELATED DEADLINES -- 1

Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, # B1-358
Bellevue, Washington 98008
Telephone: (425) 829-5305
E-mail: rp98007@gmail.com

1  IT IS HEREBY ORDERED that Plaintiffs' motion to strike the trial date and related case deadlines set forth in the Order granting Parties' Stipulated Motion and Order for Continuance of Trial Date and Other Litigation Deadlines (Dkt. 108) entered on November 7, 2022, Dkt. 164, is GRANTED.

IT IS FURTHER ORDERED that, should any claims remain before this Court after District Court action on the September 11, 2023 Report and Recommendation (Dkt. 163), the Court will establish a new trial date and other case schedule deadlines.

Entered this 26th day of September, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER STRIKING TRIAL DATE AND
RELATED DEADLINES -- 2

Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, # B1-358
Bellevue, Washington  98008
Telephone:  (425) 829-5305
E-mail:  rp98007@gmail.com