THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHLEEN E. POPE, *et al.*, | CASE NO. C21-1079-JCC-SKV |
| Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| SPOKANE SCHOOL DISTRICT NO. 81, *et al.*, | |
| Defendants. | |

The Court, having reviewed the report and recommendation, (Dkt. No. 163), of United States Magistrate Judge S. Kate Vaughan, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court adopts the report and recommendation (Dkt. No. 163);

(2) Plaintiffs' motion to dismiss certain claims and remand state law claims of Richard Pope (Dkt. No. 151) is GRANTED. All of Kathleen Pope's claims are DISMISSED without prejudice. All of Richard Pope's federal claims and all of his claims against Michael Henry, Spring Shoup, Deb Inglehart, Kelsey White, and Arnold Brown are DISMISSED with prejudice;

(3) Plaintiffs' motion to remand all remaining state law claims against the Bellevue School District ("BSD") to State Court (Dkt. No. 124) is STRICKEN as moot;

(4) BSD's motion to dismiss (Dkt. No. 136) is STRICKEN as moot;

(5) State Defendants' joint motion to dismiss (Dkt. No. 143) is DENIED;

(6) The Court, pursuant to 28 U.S.C. § 1367(c), declines supplemental jurisdiction over and REMANDS to King County Superior Court Richard Pope's state law claims against the remaining Defendants; and

(7) The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Vaughan.

DATED this 3rd day of October 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE